**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    SEP 19 2023

CLERK

**name of plaintiff(s)** Susan Washington

**CIVIL ACTION**

**versus**

Campus Federal Credit Union **NO.**_____ )

**name of defendant(s)**

## COMPLAINT

1.    State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

2.    Plaintiff, Susan Washington _____ resides at
12799 Catalpa Ave , DenhamSprinp ,
**street address**                              **city**
Livingston , La , 70724 , 225·252·0502 .
**parish**          **state**      **zip code**    **telephone number**

(if more than one plaintiff, provide the same information for each plaintiff below)

3.    Defendant, Campus Federal Credit Union _____ lives at, or

its business is located at _____ Perkin Sejan _____ ,
**street address**

Baton Rouge , East Baton Rouge , La ,
**city**                              **parish**                    **state**

_____ , _____ .
**zip code**        **telephone number**

**(if more than one defendant, provide the same information for each defendant below)**

4.    **Statement of claim ( State as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):**

5.    **Prayers for Relief (list what you want the Court to do):**

a.    _Compensate    for    wrongful termation_

b.    _____

c.    _____

d.    _____

   **I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.**

**Signed this** _September_ **day of** _18_ **, 20** _23_.

_____

_____

_Susan Washington_

**(signature of plaintiff (s))**

12799 Catalpa Ave
Denham Springs La 70726
225- 252-0502